
FILED IN OPEN COURT
ON 4-17-13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:13-mj-1015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DEFENDANT'S |
| v. | ) | MOTION TO CONTINUE |
| Susan C Menten | ) | (18 USC § 3161(h)(8)) |
| | ) | |
| | ) | |

Pursuant to 18 USC § 3161(h)(7) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. Defendant requests additional time to meet with her attorney

2. This is the _1st_ continuance filed by the Defendant in the present case. The Special Assistant United States Attorney does / does not object to this motion.

3. I understand that if this motion is granted, I must next appear in court at 9:00 a.m. on the _June 12, 2013_ Court docket, and that failure to appear may result in the issuance of an arrest warrant.

Submitted on: _April 17_, 2012.

_____
Defendant or Attorney for Defendant

The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interest of the public in a speedy trial for the following reasons:

[ ] Failure to do would likely result in a **miscarriage of justice.**
[ ] The **usual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial with the time limits set forth in 18 USC 3161.
[ ] Failure to so would deny the Defendant reasonable **time to obtain counsel;**
[ ] Failure to do so would unreasonably deny the Defendant **continuity of counsel;**
[X] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation**, taking into account the exercise of due diligence.

Accordingly the continuance is ALLOWED. The intervening time from _4-17-13_ to _6-12-13_ Is excluded from speedy trial computation under 18 USC 3161.

_4-17-13_
Date

_____
United States Magistrate Judge